GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
Assistant United States Attorney
California Bar No. 107014

411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone:  (714) 338-3532
Facsimile:   (714) 338-3523
E-Mail:       Marcus.Kerner@usdoj.gov

Attorneys for Defendant,
Commissioner of Social Security

JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GIOVANNI ANTONETTI,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | CV 08-07097 RNB<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: October 8, 2009

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE